**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/15/2022__

JANE DOE and JOHN DOE,

                             **Plaintiffs,**

              **-against-**

RAHUL SIDDHARTH ET AL.,

                            **Defendants.**

**1:21-cv-04285 (ALC)**

**ORDER SETTING**
**PRE-MOTION CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' request for a pre-motion conference and Plaintiffs' response. The Court grants the request for a pre-motion conference. The telephonic conference is scheduled for February 25, 2022 at 2:00 p.m. The Parties shall contact the Court at 1-888-363-4749 (3768660). The Parties shall be prepared to address any efforts towards settlement or mediation.

**SO ORDERED.**

Dated:    **February 15, 2022**
           **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**