```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe,

                Plaintiff,

-against-

Rahul Siddharth et al.,

                Defendant.

1:21-cv-04285 (ALC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Friday, March 4, 2022, at 11:00 a.m. EST to discuss the status of discovery, including Plaintiff's February 22, 2022 Letter Motion. (*See* ECF No. 22.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                February 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge