UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe and John Doe,

                Plaintiffs,

-against-

Rahul Siddharth et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

1:21-cv-04285 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Plaintiffs' Letter Motion (ECF No. 22) is GRANTED. Defendants shall complete their production of documents no later than March 11, 2022.

2. No later than March 11, 2022, Plaintiffs shall file a letter indicating whether defendant SGC Creative Group, Inc. was properly named in this action and, if so, what Plaintiffs' intentions are with respect to that entity.

**SO ORDERED.**

DATED:      New York, New York
               March 4, 2022

_____
STEWART D. AARON
United States Magistrate Judge