```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe and John Doe,

                Plaintiffs,

-against-

Rahul Siddharth et al.,

                Defendants.

1:21-cv-04285 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's Letter Motion (ECF No. 28) is DENIED, inasmuch as it seeks sanctions and/or requests that the Court strike portions of Defendants' discovery responses. However, the parties are directed to meet and confer with respect to an ESI protocol, including custodians, search terms and date ranges, as well as the production of iPhone text messages and the format of photographs to be produced.

**SO ORDERED.**

DATED:    New York, New York
             April 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge