**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/22/2022
```

**Jane Doe and John Doe,**

                              **Plaintiffs,**

             **-against-**

**Rahul Siddharth et al.,**

                              **Defendants.**

**1:21-cv-04285 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference, for which only Plaintiffs appeared, and for the reasons stated on the record, it is hereby as follows:

1.   The parties are directed to appear for a telephone conference on August 25, 2022, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

2.   At the conference, counsel for Defendants, Henry Bell, shall be prepared to show cause why he should not be sanctioned for failure to appear for Rahul Siddharth's deposition, which had been noticed for July 15, 2022, or today's conference.

3.   Defendant Rahul Siddharth is directed to appear for the telephone conference on August 25, 2022 in addition to Mr. Bell. Mr. Siddharth may appear himself or may appear through separate counsel.

4.   A copy of this Order will be mailed to Mr. Bell by Chambers at each of the three addresses of which the Court is aware, namely:

    a.   Bell Law PLLC, 747 Third Ave, Second Floor, New York, NY 10017 (the addresses listed on the ECF docket).

    b.  Bell Law PLLC, 845 Third Avenue, Sixth Floor, New York, NY 10022 (the address listed on the New York State Unified Court System and, according to counsel for Plaintiffs, also listed in Mr. Bell's email signature).

    c.  Bell Law PLLC, 747 Third Ave, First Floor New York, NY 10017 (the address listed on the Bell Law PLLC website).

5.  A copy of this Order also will be mailed to Mr. Siddharth by Chambers at the following addresses:

    a.  415 Ridgewood Avenue, Glen Ridge, NJ 07028.

    b.  c/o SCG Siddharth Creative Group, Inc., 245 West 29th Street, Suite 300, New York, NY 10001.

    c.  c/o Verificient Technologies Inc., 245 West 29th Street, Suite 300, New York, NY 10001.

6.  In addition, counsel for Plaintiffs is directed promptly to fax a copy of this Order to Mr. Siddharth c/o SCG Creative at 646-478-9679.

Mr. Bell and Defendants are reminded that failure to comply with Court Orders may result in the imposition of sanctions, up to and including a recommendation to the District Judge that a default be entered.

**SO ORDERED.**

DATED:    New York, New York
            July 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge