```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe and John Doe,

                Plaintiffs,

      -against-

Rahul Siddharth et al.,

               Defendants.

1:21-cv-04285 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Following a telephone conference with the parties, it is hereby Ordered that Defendants shall appear by successor counsel no later than September 26, 2022. Thereafter, the Court will schedule a telephone conference to discuss a schedule for the completion of discovery.

**SO ORDERED.**

DATED:      New York, New York
                  August 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge