```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe and John Doe,<br><br>    Plaintiffs,<br><br> -against-<br><br>Rahul Siddharth et al.,<br><br>    Defendants. | 1:21-cv-04285 (ALC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. In view of successor counsel having appeared on behalf of Defendants and the representations of prior counsel Henry Bell (*see, e.g.*, 8/25/2022 Letter, ECF No. 47), Mr. Bell is hereby relieved as counsel. However, Mr. Bell shall continue to cooperate with successor counsel as indicated in his August 25, 2022 Letter.

2. The deadline for Defendants to respond to the Amended Complaint is extended, *nunc pro tunc*, until November 7, 2022.

3. The deadline for the completion of all discovery is extended until February 3, 2023. Extensions shall be granted for good cause shown.

**SO ORDERED.**

DATED:  New York, New York
      October 6, 2022

                       */s/ Stewart D. Aaron*
                       _____
                       STEWART D. AARON
                       United States Magistrate Judge