```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe and John Doe,

              Plaintiffs,

    -against-

Rahul Siddharth et al.,

             Defendants.

1:21-cv-04285 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Discovery in this action closed on February 3, 2023. (*See* 10/6/22 Order, ECF No. 53.) It is hereby Ordered that, no later than Monday, February 13, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

DATED:    New York, New York
                 February 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge