UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>RAHUL SIDDHARTH,<br>SCG SIDDHARTH CREATIVE GROUP, INC., SGC CREATIVE GROUP, INC., and VERIFICIENT TECHNOLOGIES INC.<br><br>Defendants. | CIVIL ACTION NO. 1:21-cv-4285 (ALC)(SDA) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ONLY DEFENDANT VERIFICIENT TECHNOLOGIES, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Jane Doe and John Doe ("Plaintiffs") and Defendant Verificient Technologies Inc., that all of Plaintiffs' claims in the Complaint and Amended Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to only Verificient Technologies, Inc. The Parties further agree that the Court will not retain jurisdiction of this matter. Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: Feb 27, 2023

GRANOVSKY & SUNDARESH PLLC
By: _____
Denise Rubin Glatter, Esq.
48 Wall Street, 11th Floor
New York, New York 10005

Tel: 646-524-6001
dglatter@g-s-law.com
Attorneys for Defendant
  Verificient Technologies, Inc.

DEREK SMITH LAW GROUP
By: _____
Alexander G. Cabeceiras Esq.
One Penn Plaza
Suite 4905
New York, New York 10019
Tel: 212-587-0760
alexc@dereksmithlaw.com
Attorneys for Plaintiffs